# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**TIMOTHY SMITH**,

    *Plaintiff*,

      v.

**CLARITY SERVICES, INC.**,

    *Defendant*.

_____/

Case No: 3:24-cv-01268

## STIPULATION OF DISMISSAL WITH PREJUDICE

    **COMES NOW**, the Plaintiff, **TIMOTHY SMITH**, and the Defendant, **CLARITY SERVICES, INC.**, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to dismiss this action with prejudice, with each party to bear his or its own costs and attorney's fees.

| SERAPH LEGAL, P. A. | KASOWITZ BENSON TORRES LLP |
|---|---|
| /s/ *Megan A. Rosenberg* | /s/ *Maria H. Ruiz* |
| Megan A. Rosenberg | Maria H. Ruiz |
| Florida Bar No. 1005213 | Florida Bar No. 182923 |
| 2124 W. Kennedy Blvd., Suite A | 1441 Brickell Avenue, Suite 1420 |
| Tampa, FL 33606 | Miami, FL 33131 |
| Tel: 813-567-1230 (Ext. 404) | Telephone: (786) 587-1044 |
| Fax: 855-500-0705 | Facsimile: (305) 675-2601 |
| MRosenberg@SeraphLegal.com | MRuiz@Kasowitz.com |
| *Counsel for Plaintiff,* | *Counsel for Defendant,* |
| *Timothy Smith* | *Clarity Services, Inc.* |